PAUL B. BRICKFIELD•†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE•
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

•CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



**BRICKFIELD & DONAHUE**
ATTORNEYS

70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

October 10, 2022

**Via ECF Only**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court
50 Walnut Street
Newark, NJ 07102

   Re: **Paul Qassis, et al. v. Borough of Carlstadt**
      **Case No.: 2:22-cv-03713-SDW-MAH**

Dear Judge Hammer:

  I represent Defendant Borough of Carlstadt in the above-captioned matter. I am requesting that the Borough of Carlstadt be permitted to file its Answer by October 20, 2022. I have consulted with Matthew Baker, Esq., counsel for the Plaintiffs, and he consents to this request. My office will follow up with Chambers to determine if a formal motion is required.

          Respectfully submitted,

          /s/ Joseph R. Donahue

          Joseph R. Donahue

cc: Matthew Baker, Esq. (via ECF only)
   Client (via electronic mail only)