# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

JESSICA V. HENRY, Partner
jhenry@cgajlaw.com

**Reply to: Oakland Office**

December 28, 2022

<u>Via CM/ECF</u>
Honorable Michael A. Hammer, U.S.M.J.
United States District Court
50 Walnut Street, Court Room MLK 2C
Newark, New Jersey 07102

      Re:    <u>Qassis, et al. v. Borough of Carlstadt</u>
             <u>Civil Action No. 2:22-cv-03713-SDW-MAH</u>

Dear Judge Hammer:

      Our firm was recently assigned by the defendant's insurance carrier as counsel for the defendant, Borough of Carlstadt, in the above-referenced matter. Accordingly, we respectfully request an adjournment of the telephone conference scheduled for January 3, 2023 and the deadline for the joint discovery plan in order to allow us adequate opportunity to review the file.

      Counsel for the plaintiff consents to this adjournment request. Counsel appreciates Your Honor's consideration of this request.

Respectfully submitted,

<u>/s/Jessica V. Henry</u>
Jessica V. Henry

cc:    Brian M. Chewcaskie, Esq. (via email)
         Matthew I. W. Baker, Esq. (via ECF)
         Angelo Joseph Genova, Esq. (via ECF)
         Joseph R. Donohue, Esq. (via ECF)

**Oakland Office:** 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 908 524-0096
Haddonfield Office: 255 Kings Highway East, Haddonfield, NJ 08033 Tel 732 583-7474 Fax 732 290-0753
Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com